| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** Caption in Compliance with D.N.J. LBR 9004-1(b) **FOX ROTHSCHILD LLP** 49 Market Street Morristown, NJ 07960 Joseph J. DiPasquale, Esq Michael R. Herz, Esq. Agostino A. Zammiello, Esq. jdipasquale@foxrothschild.com mherz@foxrothschild.com azammiello@foxrothschild.com Telephone: (973) 992-4800 Facsimile: (973) 992-9125 *Counsel for KCP Advisory Group, LLC as Liquidation Trustee of the Custom Alloy Liquidation Trust* | |
| In Re: CUSTOM ALLOY CORPORATION, *et al.*,[1] Debtors. | Chapter 11 Case No. 22-18143-CMG (Jointly Administered) Judge: Christine M. Gravelle. |
| KCP ADVISORY GROUP, LLC, as Liquidation Trustee of the Custom Alloy Liquidation Trust, Plaintiff, v. HILLMAN BRASS & COOPER, INC.; AAP METALS, INC. D/B/A ARBOR METALS; AND TRIPLE-S STEEL HOLDINGS INC., Defendants. | Adv. Pro. No. 24-01592 |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Custom Alloy Corporation (7537) and CAC Michigan, LLC (4814).

164130478.1

1. I, Marcia L. Steen:

   ☒ am a Paralegal, employed by Fox Rothschild counsel for KCP Advisory Group, LLC as Liquidation Trustee of the Custom Alloy Liquidation Trust, in the above-captioned matter.

2. On October 18, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Complaint to Avoid and Recover Pre-Petition Transfers;
   - Summons and Notice of Pre-Trial Conference in Adversary Proceeding; and
   - Pre-Trial Instructions, Mediation Order and Joint Order Scheduling Pretrial Proceedings and Trial.

3. I hereby certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: October 25, 2024

/s/*Marcia L. Steen*
Marcia L. Steen, Paralegal
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Phone: (215) 299-2730
Email: msteen@foxrothschild.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hillman Brass & Cooper, Inc.<br>2500 Chestnut Tree Road,<br>Honey Brook, PA 19344<br>Attn: President | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ (as authorized by court*) |
| Registered Agent for Hillman Brass & Cooper, Inc.<br>2500 Chestnut Tree Road,<br>Honey Brook, PA 19344 | Registered Agent for Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ (as authorized by court*) |
| AAP Metals, Inc. d/b/a Arbor Metals<br>6000 Jensen Dr.<br>Houston, TX 77026<br>Attn: President | Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ (as authorized by court*) |

164130478.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capitol Services Inc., Registered Agent for AAP Metals, Inc. d/b/a Arbor Metals 108 Lakeland Ave, Dover, DE 19901 | Registered Agent for Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐  (as authorized by court*) |
| Gary W Stein, Registered Agent for Triple-S Steel Holdings Inc. 6000 Jensen Dr Houston, TX 77026 | Registered Agent for Defendant | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐  (as authorized by court*) |

164130478.1